# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 20-1175V
UNPUBLISHED

LORI GRADY,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: October 13, 2021

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Guillain-
Barre Syndrome (GBS)

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA, for Petitioner.*

*Terrence Kevin Mangan, Jr., U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On September 10, 2020, Lori Grady filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered the Table Injury of Guillain-Barre Syndrome ("GBS") as a result of her October 27, 2018 influenza ("flu") vaccination. Petition at 1-2. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On June 16, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On October 13, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $120,392.33 for all damages, including $120,000.00 representative of pain and suffering, and $392.33

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

representative of out-of-pocket medical and related expenses. Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* at 2. Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $120,392.33 (including $120,000.00 representative of pain and suffering, and $392.33 representative of unreimbursed expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

LORI GRADY,

        Petitioner,

v.

 SECRETARY OF HEALTH AND
 HUMAN SERVICES,

        Respondent.

No. 20-1175V
Chief Special Master Corcoran
ECF

## PROFFER ON AWARD OF COMPENSATION[1]

### I.    Procedural History

On September 10, 2020, Lori Grady ("petitioner") filed a petition for compensation ("petition") under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34, *as amended*. She alleges that, as a result of receiving the influenza ("flu") vaccine on October 27, 2018, she suffered from Guillain-Barre Syndrome ("GBS"). *See* Petition. On June 15, 2021, respondent filed his Vaccine Rule 4(c) report, concluding that petitioner suffered GBS after a flu vaccine as defined by the Vaccine Injury Table. ECF No. 24. On June 16, 2021, the Chief Special Master issued a ruling on entitlement, finding that petitioner was entitled to compensation for GBS. ECF No. 26.

### II.    Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded a lump sum of **$120,392.33** for all damages, including $120,000.00 representative of pain and

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

suffering, and $392.33 representative of out-of-pocket medical and related expenses.  This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

III.    **Form of the Award**

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment, as described below, and requests that the Chief Special Master's decision and the Court's judgment award the following: A lump sum payment of **$120,392.33** in the form of a check payable to petitioner.[2]  Petitioner agrees.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

DARRYL R. WISHARD
Assistant Director
Torts Branch, Civil Division

---

[2]  Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

/s Terrence K. Mangan, Jr.
TERRENCE K. MANGAN, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Phone: (202) 532-5875
Email: terrence.mangan@usdoj.gov

E-FILED:  October 13, 2021